COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:　　　Hassell Construction Company, Inc., and James C. Hassell v.
　　　　　　　　　　　　　R. Hassell & Co., Inc., R. Hassell Builders, Inc., R. Hassell
　　　　　　　　　　　　　Holding Co., Inc., and G. R. Group Resources, LLP

Appellate case number:　　01-18-00546-CV

Trial court case number:　　2013-61995

Trial court:　　　　　　　　61st District Court of Harris County

　　　　This appeal was stayed pursuant to the "Notice of Bankruptcy Pursuant to TRAP Rule 8" that appellants, Hassell Construction Company, Inc. and James C. Hassell, filed in this Court on July 16, 2018, stating that R. Hassell Holding Companies, Inc., R. Hassell & Co., Inc., and R. Hassell Builders, Inc. had filed chapter 11 petitions for relief in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362(a) (automatic stay in bankruptcy). On August 7, 2018, appellants filed an "Unopposed Motion to Reinstate Appeal and Reset Briefing Deadline," representing that the bankruptcy court has entered an order lifting the automatic stay to permit the appeal to proceed. *See* TEX. R. APP. P. 8.3(a). We **grant** appellant's motion and **reinstate** the case on the Court's active docket.

　　　　The docketing statement, clerk's record, and reporter's record, if any, are due to be filed in this Court no later than 30 days from the date of this order. *See id.* 8.2, 32.1, 34.1. Appellants' brief will be due to be filed within 30 days, after the later of, the date the clerk's record or reporter's record is filed. *See id.* 38.6(a).

　　　　It is so ORDERED.

Judge's signature:　　/s/ Russell Lloyd _____
　　　　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Date: August 14, 2018 _____